UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Andrew Prokos

                      Plaintiff,        18 -Civ.-9316 (NRB)

    v.                                  **DEFAULT JUDGMENT**

SGE CAPITAL, LLC, a New York limited liability company,
And DOES 1 through 10,

                      Defendants.
------------------------------------x

        This action having been commenced on October 12, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, SGE Capital, LLC, on November 7, 2018 by service on the New York Secretary of State, defendant SGE Capital, LLC having no registered agent for service of process in New York, and a proof of service having been filed on November 9, 2018 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ ~~30,000~~ 5,000 *NRB*, with interest from the date of judgment at the federal statutory rate, plus costs and disbursements in the action in the amount of $460.00, and attorney's fees of this action in the amount of $4,714.50 amounting in all to *NRB* $3~~5~~**10**,174.50.

Dated: New York, New York
       December 3, 2019

                                                            U.S.D.J.

                                             This document was entered on the docket
                                             on_____.